## William Hutchinson, by his Next Friend, v. Chicago & A. R. R. Co.

1.   REVERSAL—*Where no Reasons will be Assigned.*—Where the reasons for the reversal of a judgment may operate unfairly upon another trial, the court will simply reverse the judgment and remand the cause without assigning reasons therefor.

Trespass on the Case, for personal injuries.. Error to the Circuit Court of Cook County; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1896. Reversed and remanded.. Opinion filed November 19, 1896.

James B. Muir and Peck, Miller & Starr, attorneys for plaintiff in error.

W. E. Hughes, and Wm. Brown, general solicitor, attorneys for defendant in error.

Mr. Justice Gary delivered the opinion of the Court.

This was an action to recover damages for a personal injury, in which, at the close of the evidence, the court erroneously instructed the jury to find for the appellee.

If we explain why we say erroneously, what we say may operate unfairly upon another trial, and therefore we simply reverse the judgment and remand the cause.